934

No. 966.   HERRON v. PORTLAND COLLECTION BUREAU ET AL.   Supreme Court of Oregon.   Certiorari denied.

No. 976.   JOHNSON & JOHNSON v. KENDALL COMPANY.   C. A. 7th Cir.   Certiorari denied.   *Sidney Neuman, Thorley von Holst, Robert L. Austin* and *Harold Haidt* for petitioner.   *William E. Anderson, Charles H. Walker* and *Harry R. Pugh, Jr.* for respondent.

No. 979.   KEENER RUBBER, INC., v. NATIONAL LABOR RELATIONS BOARD.   C. A. 6th Cir.   Certiorari denied.   *John G. Ketterer* for petitioner.   *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 994.   STEARNS ET AL. v. HERTZ CORPORATION.   C. A. 8th Cir.   Certiorari denied.   *Allen H. Surinsky* for petitioners.   *John J. Shanahan* for respondent.

No. 1012.   GATES v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.   *Julius Lucius Echeles* for petitioner.   *Daniel P. Ward* and *Elmer C. Kissane* for respondent.

No. 1013.   KROCK v. ELECTRIC MOTOR & REPAIR Co., INC.   C. A. 1st Cir.   Certiorari denied.   *Edward D. Burns* for petitioner.   *Frank L. Kozol* for respondent.

No. 1049.   GLIDDEN COMPANY v. ZDANOK ET AL.   C. A. 2d Cir.   Certiorari denied.   *Frank C. Heath* and *Chester Bordeau* for petitioner.   *Morris Shapiro* and *Harry Katz* for respondents.